Amy A. Van Etten, as Administratrix, etc., of Albert Van Etten, Deceased, Respondent, v. Emma Schmahl, Appellant. (Action No. 1.) — Judgment and order affirmed, with costs. All concurred.

Amy A. Van Etten, as Administratrix, etc., of Albert Van Etten, Deceased, Respondent, v. Emma Schmahl, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. All concurred.

Lillian B. Taylor and Helen Taylor Webb, Respondents, v. John B. Higgs and Rachel Higgs, as Administrators, etc., of Alma M. Taylor, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the authority of *Hamlin* v. *Stevens* (177 N. Y. 39).

Fred Morat, as Executor, etc., of John Morat, Deceased, Appellant, v. Viola H. Newton and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

Joseph Reider, as Administrator, etc., of Stephen Reider, Deceased, Respondent, v. Michigan Central Railroad Company, Appellant.— Order affirmed, with costs. All concurred, McLennan, P. J., concurring upon the ground that the order appealed from is a discretionary order, except Spring and Williams, JJ., who dissented upon the ground that as matter of law plaintiff's intestate was guilty of contributory negligence.

In the Matter of the Application of Grade Crossing Commissioners of the City of Buffalo, Appellants, for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by the Change of Grade of Fulton Street and Claimed to Be Owned by Michael O'Connor and Others, Respondents. The Lake Shore and Michigan Southern Railway Company and Others, Appellants.— Order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the damages awarded are excessive.

Cora S. Egelston, as Administratrix, etc., of Ralph C. Egelston, Deceased, Respondent, v. The New York, Chicago and St. Louis Railroad Company, Appellant.— Orders affirmed, with costs. All concurred, McLennan, P. J., not sitting.

Michael Kelly, as Administrator, etc., of Michael J. Kelly, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that as matter of law plaintiff's intestate was guilty of contributory negligence.

Albert E. Campbell, Respondent, v. The Frontier Telephone Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Michael Bartholoma, Respondent, v. The Town of Florence, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Thomas Boyer, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of Proving the Last Will and Testament of Henry W. Tibbitts, Deceased. George Tibbitts and Nettie Wakefield, Appellants; Alice E. Tibbitts,